UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIOLA J. ROSSER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | NO: 2:15-CV-356-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** is Magistrate Judge Mary Dimke's Report and Recommendation, ECF No. 24, filed on March 31, 2017, regarding the parties' cross-motions for summary judgment, ECF Nos. 17 and 19. Neither party has filed an objection to the Report and Recommendation within the fourteen-day response period allowed by the Court.

Having reviewed the Report and Recommendation and finding no error, the Court **ADOPTS the Report and Recommendation**, **ECF No. 24**, **in its entirety**.

/ / /

/ / /

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's motion for summary judgment, **ECF No. 17**, is **GRANTED** and remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

2. Defendant's motion for summary judgment, **ECF No. 19**, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is directed to **enter judgment for the Plaintiff**, file this Order, provide a copy to counsel, and **close the file in this case**.

**DATED** May 16, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge
